**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6808

RODNEY E. COBBS,

Plaintiff - Appellant,

v.

SHERIFF EDWARD MCMAHON,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-ct-03012-FL)

Submitted:  December 19, 2024                    Decided:  December 27, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rodney E. Cobbs, Appellant Pro Se.  Frederick Hughes Bailey, III, SUMRELL SUGG, PA, New Bern, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney E. Cobbs appeals the district court's order remanding to state court, pursuant to 28 U.S.C. § 1447(c), Cobbs's civil case against Edward McMahon. "We review *de novo* questions of subject-matter jurisdiction, including removal."[*] *Republican Nat'l Comm. v. N.C. State Bd. of Elections*, 120 F.4th 390, 398 (4th Cir. 2024). We have reviewed the record and find no reversible error. We therefore affirm the district court's order. *Cobbs v. McMahon*, No. 5:24-ct-03012-FL (E.D.N.C. Aug 14, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We reject McMahon's contention that we lack jurisdiction to review the district court's remand order. *See* 28 U.S.C. § 1447(d) (stating that "an order remanding a case to the State court from which it was removed pursuant to [28 U.S.C. § 1442 or § 1443] shall be reviewable by appeal"); *BP P.L.C. v. Mayor & City Council of Balt.*, 141 S. Ct. 1532, 1538 (2021) ("To remove a case pursuant to § 1442 or § 1443 . . . just means that a defendant's notice of removal must assert the case is removable in accordance with or by reason of one of those provisions." (internal quotation marks omitted)).